UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   7/19/2022
```

LG CAPITAL FUNDING, LLC,

                              Plaintiff,

              -against-

ZUOAN FASHION LIMITED,

                              Defendant.

21-cv-8466 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff initiated this action by filing a complaint on October 14, 2021 [ECF No. 1].  To

date, however, Plaintiff has not filed proof of service of the summons and complaint.  Rule 4(m)

of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is
> filed, the court – on motion or on its own after notice to the
> plaintiff – must dismiss the action without prejudice against that
> defendant or order that service be made within a specified time.
> But if the plaintiff shows good cause for the failure, the court must
> extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).  Accordingly, IT IS HEREBY ORDERED that, by August 2, 2021, Plaintiff

shall both serve the summons and complaint on Defendant and file proof of such service on ECF.

**Failure to comply with this Order might result in sanctions, including dismissal of this action**

**with prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for failure to**

**prosecute.**

**SO ORDERED.**

**Date:  July 19, 2022**
**        New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**